UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO CEBALLOS, (1),<br><br>Defendant. | CASE NO. 24-CR-969-W<br><br>**ORDER GRANTING JOINT MOTION TO:**<br>**1) CONTINUE MOTION HEARING AND**<br>**2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion and trial setting hearing currently set for August 26, 2024, at 9:00 a.m. be continued to September 30, 2024, at 9:00 a.m.

IT IS FURTHER ORDERED that the time until that date is excluded under the Speedy Trial Act pursuant to Title 18 U.S.C. §3161(h)(7).

IT IS SO ORDERED.

Dated: _8/22/24_

_____
HON. THOMAS J. WHELAN
United States District Judge

1

24-CR-969-W