FILED
FEB 0 3 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO CEBALLOS,<br><br>Defendant | Case No.: 24CR0969-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the Government, pursuant to Federal Rule of Criminal Procedure 48, IT IS HEREBY ORDERED that the Information against Alejandro Ceballos in the above-captioned case is dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: 2/3/25

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT COURT JUDGE